## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ESMERLIN PIMENTEL,**<br><br>**Plaintiff,**<br><br>v.<br><br>**PARK PLACE OF NEW JERSEY LLC,** *et al.***,**<br><br>**Defendants.** | Case No. 20–cv–14744–CCC–ESK<br><br>**ORDER** |

**THIS MATTER** having come before the Court for a telephone status conference on October 29, 2021; and defendants having filed a letter on October 12, 2021 seeking an adjournment of a previously scheduled telephone status conference "to allow an additional short period for defendant to complete interrogatory answers" (ECF No. 17); and defendants having failed to respond to plaintiff's discovery requests despite the adjournment of the telephone status conference; and for good cause appearing,

**IT IS** on this   **1st** day of **November 2021**   **ORDERED** that:

1. A telephone status conference is scheduled for **January 6, 2022 at 9:30 a.m.** before Magistrate Judge Edward S. Kiel.  The dial in number is 1-888-684-8852 and the access code is 310-0383#.  The parties shall file a joint letter, at least **three business days** before the conference advising of the status of discovery, any pending motions, and any other issues to be addressed.

2. Defendants shall respond to plaintiff's written discovery request by **November 12, 2021**.  If defendants fail to timely respond, plaintiff is granted leave to file a motion for the imposition of sanctions against defendants.

3. The period for fact discovery is extended through **December 31, 2021**. All depositions of fact witnesses must be completed by the close of fact discovery.

No fact discovery shall be issued or engaged in beyond that date, except for good cause shown.

        */s/ Edward S. Kiel*
**EDWARD S. KIEL**
**UNITED STATES MAGISTRATE JUDGE**