**ABOYOUN DOBBS LLC**
COUNSELORS AT LAW
AND OF COUNSEL TO MANDELBAUM SALSBURG, P.C.

77 Bloomfield Avenue
Pine Brook, New Jersey 07058

F: 973.575.1925
www.aboyoundobbs.com

Christopher E. Hartmann
Of Counsel
Member of NJ Bar
chartmann@aboyoundobbs.com

Joseph S. Aboyoun**
Seth L. Dobbs*
Timothy J. Broking**
William T.J. Salerno^
Allan L. Markus
*Of Counsel*
Christopher E. Hartmann
*Of Counsel*
**Also Admitted to Practice in NY & DC
*Also Admitted to Practice in NY
^Also Admitted to Practice in CT

# ORDER

January 3, 2022

*Via ECF*

Hon. Edward S. Kiel, U.S. Magistrate Judge
United States District Court of New Jersey
2 Federal Square Newark, NJ 07102

Re: PIMENTEL v. PARK PLACE OF NEW JERSEY, LLC et. al.
Docket No.: 2:20-cv-14744 (CCC/ESK)

Dear Judge Kiel,

Subject to the Court's permission, counsel have conferred and agreed to extend the period for fact discovery past the holiday season, to February 28, 2022.

We also request that the next status conference be adjourned to mid-February. Plaintiff's counsel approved this letter and will receive an immediate copy once submitted.

Thank you for considering this request and Happy New Year.

Respectfully,
/S/ *Christopher E. Hartmann*
Christopher E. Hartmann

cc: Robert J. Nahoum, Esq. (*Via ECF and email*)

**The highlighted request is So Ordered.**

_____*/s/ Edward S. Kiel*_____
**Edward S. Kiel, U.S.M.J.**
**Date:  January 5, 2022**