# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **ESMERLIN PIMENTEL,** | Case No. 20–cv–14744–CCC–ESK |
| **Plaintiff,** |  |
| v. |  |
| **PARK PLACE OF NEW JERSEY LLC,** *et al.*, | **ORDER** |
| **Defendants.** |  |

  **THIS MATTER** having come before the Court for a telephone status conference on February 18, 2022 (Conference); and plaintiff having filed a status letter on February 15, 2022 (ECF No. 24) detailing defendants' failure to respond to discovery requests and failure to comply with the Court's order of November 1, 2021 (ECF No. 20); and for the reasons stated on the record at the Conference,

  **IT IS** on this   **18th** day of **February 2022**   **ORDERED** that:

  1. Plaintiff is granted leave to file a motion for sanctions for defendants' failure to respond to discovery and failure to comply with the Court's order of November 1, 2021 by **March 11, 2022**.

  2. Defendant Park Place of New Jersey, LLC is ordered to produce its Rule 30(b)(6) witness for deposition by Zoom on **March 17, 2022 at 10:00 a.m.** Defendant Salvador Dip is ordered to appear for his deposition by Zoom on **March 17, 2020 at 2:00 p.m.** Defendant Capital One Auto Finance, Inc. is ordered to produce its Rule 30(b)(6) witness for deposition by Zoom on **March 18, 2022 at 10:00 a.m.**

  3. A telephone status conference is scheduled for **April 14, 2022 at 9:30 a.m.** before Magistrate Judge Edward S. Kiel. The dial in number is 1-888-684-8852 and the access code is 310-0383#. The parties shall file a joint letter, at least **three business days** before the conference advising of the status of discovery, any pending motions, and any other issues to be addressed.

  4. The period for fact discovery is extended through **March 31, 2021**. All depositions of fact witnesses must be completed by the close of fact discovery. No

fact discovery shall be issued or engaged in beyond that date, except for good cause shown.

        */s/ Edward S. Kiel*
        **EDWARD S. KIEL**
        **UNITED STATES MAGISTRATE JUDGE**